No. 13,694.

JOHNSON *v.* LEWIS.
(47 P. [2d] 1118)

Decided July 8, 1935.

Judgment affirmed en banc on application for supersedeas without written opinion, Mr. Justice Campbell, Mr. Justice Burke and Mr. Justice Holland not participating.

Mr. EARL J. HOWER, Mr. GLENN L. DALY, for plaintiff in error.

Mr. ROYAL R. IRWIN, for defendant in error.